1
2
3
4
5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY, | CASE NO. 1:08-cv-00075-LJO DLB PC |
| Plaintiff, | ORDER REGARDING COURT DOC #8 |
| v. | (Doc. 8) |
| T. GONZALES et al., | |
| Defendants. | |

Plaintiff Jowell Finley ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the complaint in this action on January 15, 2008. By order issued on January 25, 2008, the court granted plaintiff's application to proceed in forma pauperis, and directed the California Department of Corrections to withdraw the filing fee from plaintiff's prison trust account. On May 5, 2008, plaintiff filed a motion seeking voluntary dismissal of the action, upon condition that the court issue an order directing the CDCR to stop withdrawals from his account to pay the filing fee. (Doc. 8).

Plaintiff is advised the filing fee is just that - a fee imposed when an action is filed. Every litigant who files an action must pay a fee at the time the action is filed. The filing fee in this action is $350.00. Pursuant to statute, inmates who cannot pay the entire fee at the time of filing may request to proceed in forma pauperis, as plaintiff did. See 28 U. S. C. § 1915(b). An inmate proceeding in forma pauperis is still responsible for paying the entire filing fee of $350.00. The in forma pauperis provision merely allows for the collection of the fee over a period of time. This

1  enables inmates otherwise unable to pay the fee to file their actions and make payments over time.
2  The fact that a plaintiff is willing to voluntarily dismiss his case does not alleviate the plaintiff from
3  payment of the filing fee.  Once the action is filed and the plaintiff is granted in forma pauperis
4  status, the fee must be paid.

5       Accordingly, plaintiff's motion to voluntarily dismiss this action, upon condition that he is
6  no longer obligated to pay the filing fee, is HEREBY DENIED.

7  IT IS SO ORDERED.

8  **Dated:   May 30, 2008**             /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE