IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,                              CASE NO. 1:08-cv-00075 LJO DLB PC

            Plaintiff,                     ORDER GRANTING REQUEST FOR ENTRY
vs.                                         OF DEFAULT, AND DENYING REQUEST
                                                 FOR DEFAULT JUDGMENT WITHOUT
                                                 PREJUDICE
T. GONZALEZ, III, et. al.,
                                                 (Doc. 30)
           Defendants.
                                   /

       Plaintiff Jowell Finley ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On May 11, 2009, plaintiff filed a request for entry of judgment and default judgment against defendants A. D. Olive and M. Pina.

       On February 26, 2009, the United States Marshal was directed to initiate service of the complaint on defendants Olive and Pina. On April 14, 2009, defendants' counsel filed notices of waiver of service of summons for both defendants. (Docs. 28, 29). Pursuant to the waivers, defendants Olive and Pina had sixty days from March 11, 2009 in which to respond to plaintiff's complaint.[1] See Fed. R. Civ. Pro. 4(d)(3). Defendants Olive and Pina have not responded to the complaint. Accordingly, plaintiff's request for entry of default is granted.

---

[1] Defendants' responses were due on or before May 11, 2009. See Fed. R. Civ. Pro. 6(a).

1

With regard to plaintiff's request for default judgment, plaintiff is advised that he may not simply demand that the court order defendants to pay the relief he requested in his complaint. Plaintiff must submit evidence in support of the amount of damages claimed. Because plaintiff has submitted no evidence in support of his demand, the court must deny plaintiff's request for entry of default judgment without prejudice.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's request for entry of default against defendants A. D. Olive and M. Pina, filed May 11, 2009, is GRANTED;
2. The Clerk of the Court shall enter default against defendants A. D. Olive and M. Pina; and
3. Plaintiff's request for entry of default judgment is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: **May 18, 2009**       /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE