1

2

3

4            **IN THE UNITED STATES DISTRICT COURT**

5            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7    JOWELL FINLEY,                          CASE NO. 1:08-cv-00075 LJO DLB PC

8                        Plaintiff,          ORDER RE DEFENDANTS' MOTION
             vs.                             TO DISMISS
9
     T. GONZALEZ, III, et. al.,
10                                           (Doc. 30)
                       Defendants.
11   _____/

12

13          Plaintiff Jowell Finley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*

14   in a civil rights action pursuant to 42 U.S.C. § 1983. Default was entered against defendants Olive and

15   Pina ("Defendants") on May 18, 2009.  On May 20, 2009 Defendants filed a motion to set aside entry

16   of default, a motion for an extension of time *nunc pro tunc* to respond to Plaintiff's complaint, and a

17   motion to dismiss this action. (Docs. 34, 35, 36.)  Plaintiff filed an opposition to the motion to dismiss

18   and opposition to the motion to set aside default on June 1, 2009, and Defendants filed a motion for an

19   extension of time to file their replies to their motions to set aside default and to dismiss.  (Docs. 44, 46.)

20          Because the motion to set aside entry of default has not yet been resolved, Defendants may not

21   yet move for dismissal of the action.  Accordingly, Defendants' motion for an extension of time *nunc*

22   *pro tunc* to respond to Plaintiff's complaint, and Defendants' motion for an extension of time to file a

23   reply to the motion to dismiss are HEREBY ORDERED DISREGARDED.  The Court will address the

24   motion to extend time to file a reply if and when the motion to dismiss is pending before the Court.

25          IT IS SO ORDERED.

26   **Dated:   June 11, 2009**            **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE
27

28

                                        1