1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   JOWELL FINLEY,                          CASE NO. 1:08-cv-00075 LJO DLB PC

10                      Plaintiff,          ORDER EXTENDING TIME TO FILE REPLY
                                            TO MOTION TO DISMISS
11        v.
                                            FIVE (5) DAY DEADLINE
12   A.D. OLIVE, et al.,

13                      Defendants.
                                   /
14

15

16        Concurrently with a motion to set aside the entries of default against them, Defendants Olive

17   and Pina have filed a motion to dismiss this action.

18        By order issued separately, the entries of default have been set aside and Defendants' motion

19   to dismiss is now properly before the Court.  Defendants' reply to Plaintiff's oppositions, if any,  is

20   due no later than **five (5)** days from the date of service of this order.

21

22        IT IS SO ORDERED.

23   **Dated:**    **June 26, 2009**              _____**/s/ Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1